UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIARUE M. CLARK,<br><br>               Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>               Defendant. | No. CV-06-5038-CI<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR REMAND PURSUANT<br>TO SENTENCE FOUR OF 42<br>U.S.C. 405(g) |

    BEFORE THE COURT is the parties' Stipulated Motion for Remand of the captioned matter to the Commissioner for additional administrative proceedings. (Ct. Rec. 18.)  The parties have consented to proceed before a magistrate judge.  (Ct. Rec. 6.) After considering the stipulation of the parties,

    **IT IS ORDERED** that the captioned case be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the administrative law judge (ALJ) will: (1) update the record; (2) give claimant an opportunity for a new hearing to present any additional evidence; and (3) obtain vocational expert testimony.

ORDER GRANTING STIPULATED MOTION FOR REMAND
PURSUANT TO SENTENCE FOUR OF 42 U.S.C. 405(g) - 1

**IT IS FURTHER ORDERED:**

1. The parties' Stipulated Motion for Remand **(Ct. Rec. 18)** is **GRANTED**.

2. Judgment shall be entered for the PLAINTIFF.

3. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED November 7, 2006.

                S/ CYNTHIA IMBROGNO
            UNITED STATES MAGISTRATE JUDGE