UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIARUE M. CLARK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | NO.  CV-06-5038-CI<br><br>**JUDGMENT IN A<br>　CIVIL CASE** |

**STIPULATION BY THE PARTIES**:

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that**:**

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff.

DATED this 7th day of November, 2006.

　　　　　　　　　　　　　　　　　　JAMES R. LARSEN
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk

　　　　　　　　　　　　　　　　　　s/ L. Stejskal
　　　　　　　　　　　　　　　　　　Deputy Clerk